## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| CHRISTINE ANNETTE NEWMAN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. _____ |
| | ) | |
| HAMILTON COUNTY, TENNESSEE, | ) | |
| HAMILTON COUNTY SHERIFF'S DEPARTMENT, | ) | |
| JESSICA HOWARD, Individually, and | ) | |
| DANIELLE RECTOR, Individually, | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a)(b) and (c), and 28 U.S.C. § 1443, Defendants Hamilton County, Tennessee ("Hamilton County"), the Hamilton County Sheriff's Department ("Sheriff's Office"), and Danielle Rector ("Officer Rector"), show the Court as follows:

1. Plaintiff filed this action against Hamilton County, the Sheriff's Office, Officer Rector, and Jessica Howard on June 5, 2018, in the Circuit Court of Hamilton County, Tennessee, bearing docket number 18 C 663.

2. Copies of the Summons and Complaint were served collectively on June 11, 2018, through the Hamilton County Attorney's Office on:

    a. Hamilton County, Tennessee;

    b. Hamilton County Sheriff's Department;

Case 1:18-cv-00152-TAV-CHS     Document 1     Filed 07/11/18     Page 1 of 3     PageID #: 1

c. Jessica Howard, in her individual capacity; and

d. Danielle Rector, in her individual capacity.

3. Jessica Howard is not an employee of the Hamilton County Sheriff's Office or Hamilton County, Tennessee, is an unknown individual.

4. This Court has jurisdiction over the above-styled cause of action pursuant to 28 U.S.C. § 1331, § 1343, and § 1441(b).

5. Hamilton County is a political subdivision of the State of Tennessee, the Sheriff's Office is a division of Hamilton County government, and Officer Rector is an employee of the Hamilton County Sheriff's Office, which is situated within the Eastern District of Tennessee, which makes this Court a proper venue for removal of this action.

6. The Plaintiff has alleged violations of her rights pursuant to 42 U.S.C. §§ 1983, 1985 and 1988 for an alleged deprivation of rights under the Fourth and Fourteenth Amendments to the Constitution of the United States. Accordingly, removal is proper because this action involves a federal question.

7. These Defendants expressly reserve the right to raise all defenses and objections after the action has been removed to this Court.

8. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a). (Attached hereto as Exhibit A).

9. These Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit is pending.

10.     This Notice of Removal has been filed within thirty (30) days of these Defendants' notice that Plaintiff has alleged a basis for federal question jurisdiction.

WHEREFORE, these Defendants pray that the above-captioned cause of action be removed from the Circuit Court of Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Chattanooga.

HAMILTON COUNTY ATTORNEY'S OFFICE

By:     s/*R. Dee Hobbs*
        R. Dee Hobbs, BPR No. 10482
        *Assistant County Attorney*
        625 Georgia Avenue, Suite 204
        Chattanooga, TN 37402
        Phone/Fax:  423-209-6150/6151

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2018, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

Adam U. Holland, Esq.
Duncan, Hatcher, Holland & Fleenor, P.C.
1418 McCallie Avenue
Chattanooga, TN 37404

        s/*R. Dee Hobbs*